Richard Garcia, No. 144995
*(full name/prisoner number)*

c/o ISCI

P.O. Box 14

Boise, Idaho 83707-0014
*(complete mailing address)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Richard Garcia,
*(full name)*
            Plaintiff,

v.

NAMPA CITY POLICE DEPARTMENT, OFFICER IAN COLE, JOHN DOE I, JOHN DOE II, JANE DOE I, JANE DOE II and the City of NAMPA

            Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply):*

- ☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☐ Other federal statute *(specify)* _____; or diversity of citizenship.
- ☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Richard Garcia. I am a citizen of the State of Idaho, presently residing at ISCI, P.O. Box 14, Boise, Idaho 83707-0014.

PRISONER COMPLAINT - p. 1                                        *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>NAMPA City Police Department</u> who was acting as <u>a City law enforcement entity</u>
   (defendant)                                                                                          (job title, if a person; function, if an entity)

   for the <u>City of Nampa, Idaho.</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>or about July 7th, 2021</u>, Defendant did
                                                                    (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   <u>Enact, a policy or practice of allowing Officers employed by the City of Nampa's Police Department to engage in the use of excessive force, against citizens without any corrective measures being taken, this policy and practice resulted in Nampa City Police Officer Ian Cole on July 7th, 2021 at approximately 2300 hours, along with Nampa City Police Officers John Doe I, John Doe II, Jane Doe I, and Jane Doe II all shooting firearms into Mr. Garcia's house, while Mr. Garcia and his Father was in the house. This resulted in Mr. Garcia being shot, resulting in him being taken to the hospital. Mr. Garcia fired no shots, and had no weapon when police shot him. As a result Mr. Garcia received life threating injuries as well as mental and emotional injuries.</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   <u>The acts of the Defendant(s) violated the Plaintiff's rights granted him under the Fourth Amendment of the United States Constitution and the state torts of Negligence and Negligent Supervision against the City of Nampa and Nampa City Police Dept.</u>

4. I allege that I suffered the following injury or damages as a result:
   <u>Plaintiff has suffered serious physical injuries as a result of being shot by Defendant(s) Ian Cole, John Doe I, John Doe II, Jane Doe I and Jane Doe II (whose identities are not yet known to Plaintiff). In addition Plaintiff suffered Mental and emotional injuries including pain and suffering and Post Traumatic Stress Syndrome.</u>

5. I seek the following relief: <u>Award Compensatory damages jointly and severally against each defendant in a yet undetermined amount. Award Punitive damages in the amount of $25,000 against each defendant.</u>

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.
   <u>Nampa City Police Department and the City of Nampa are sued under the doctrine of Respondeat Superior with respect to state law tort claims.</u>

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. <u>This claim does no involve prison conditions or conditions of confinement.</u>

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗  do not ○    request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

Plaintiff is untrained in law and this is a complex case that will involve both Medical and law enforcement expert(s) testimoney. Plaintiff also lacks the means to obtain his own Counsel.

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on June 30th 2023 *(date)*; OR *(specify other method)* _____.

Executed at ISCI                          on June 30th, 2023
        (Location)                                   (Date)

*Richard T. Garcia*
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*